UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICARDO WALKER, *on behalf of himself and all others similarly situated,*

    Plaintiff,

-against-

F & J STEAKS 37TH STREET, LLC et al,

    Defendant.

Case No.: 17-CV-01871

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, F & J STEAKS 37TH STREET, LLC et al, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.


For the Defendant:

By: *[signature]*
Caroline J. Berdzik, Esq.
Goldberg Segalla LLP
711 Third Avenue, Suite 1900
New York, NY 10017
Telephone: (609) 986-1314
cberdzik@goldbergsegalla.com

Date: 1/8/18

For the Plaintiff:

By: *[signature]*
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 1/3/18

SO ORDERED

   s/Roslynn R. Masukopf

U.S.D.J.